**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| ANITA DORIS GLENN & <br> LAUNIUS ROBERT GLENN, <br>       Plaintiff, <br> vs. <br> <br> RICHARD DOUGLAS RANNE, et al., <br>       Defendants. | ) <br> ) <br> ) <br> )   No. 3:16-CV-3202-N-BH <br> ) <br> ) <br> )   Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Launius Robert Glenn's *Application to Proceed In Forma Pauperis*, filed November 16, 2016 (doc. 5), is **DENIED**, and the case will be dismissed without prejudice by separate judgment.

SIGNED this 17th day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE